**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI**

| | | |
|---|---|---|
| **MARCUS FONTAIN,** | : | **CASE NO. 1:22-CV-00124** |
| | : | |
| Plaintiff, | : | (Judge Black) |
| | : | |
| vs. | : | <u>**OBJECTION TO REMOVAL OF**</u> |
| | : | <u>**DEFENDANTS PRODIGY**</u> |
| **HARJINDER SANDHU, et al.,** | : | <u>**PROPERTIES, LLC, JEFFREY LANE,**</u> |
| | : | <u>**APRIL LANE, AND ZACHARY D.**</u> |
| Defendants. | : | <u>**PRENDERGAST**</u> |

Defendants Prodigy Properties, LLC, Jeffrey Lane, April Lane, and Zachary D. Prendergast state for their Objection to the Notice of Removal docketed March 7, 2022:

1. 28 U.S.C. 1441(a) states that civil actions may be removed, "by the defendant or defendants…" In this case, the removing party, Marcus Fontain, is the plaintiff.

2. 28 U.S.C. 1446(b) requires a notice of removal be filed by the <u>defendant</u> within 30 days after service. Even if we ignore that removal is only available to defendants, the subject case was originally filed in the Court of Common Pleas of Hamilton County, Ohio on March 12, 2019. These defendants were served on March 15, 2019. The state court dismissed the case on December 13, 2019. And, the Ohio Court of Appeals affirmed the dismissal on August 11, 2021.

3. Removal is not a tool for plaintiffs to seek a "do over" in federal court.

WHEREFORE, the defendants herein request that the Court remand this case back to the Court of Common Pleas for Hamilton County, Ohio.

04447016-1

Respectfully submitted,

*/s/ Zachary D. Prendergast*
Zachary D. Prendergast (0081368)
*Attorney for Defendants Prodigy Properties, LLC, Jeffrey Lane, April Lane, and Zachary D. Prendergast*
ROBBINS KELLY PATTERSON & TUCKER
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
Phone: (513) 721-3330
Fax: (513) 721-5001
E-Mail: zprendergast@rkpt.com

**PROOF OF SERVICE**

The undersigned certifies a copy of the foregoing was served to all parties registered to receive service through the Court's ECF system on this 14th day of March, 2022, and was also served by regular mail on this 14th day of March, 2022 to:

Marcus Fontain
9378 Mason Montgomery Rd # 425
Mason, Ohio. 45040
*Defendant*

*/s/ Zachary D. Prendergast*
Zachary D. Prendergast (0081368)

04447016-1