UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MARCUS FONTAIN,** | : | CASE NO. 1:22-cv-00124 |
| **Plaintiff,** | : | Judge Douglas R. Cole |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| **HARJINDER SANDHU,** *et al.*, | : | |
| **Defendants.** | : | |

## AFFIDAVIT OF BRIAN J. O'CONNELL

Brian J. O'Connell, being first duly cautioned and sworn, states as follows:

1. I am trial attorney for Defendants Harjinder Sandhu, Jasreen Sandhu, H&R Cincy Properties, LLC, and Brian J. O'Connell (collectively "Defendants"), in the above-referenced proceedings. I have been duly licensed to practice law in the State of Ohio and admitted to the United States District Court for the Southern District of Ohio, for nearly 30 years. I am a shareholder in the Cincinnati law firm, Strauss Troy Co., LPA and I have concentrated my practice in civil litigation throughout my career. I am very familiar with charges by lawyers in the Greater Cincinnati area, regarding rates, necessity for services, and reasonableness of services.

2. Attached hereto is an accurate itemization of attorneys and paralegal time expended by the members of my office, Strauss Troy, regarding Defendants' Motion to Remand or in the Alternative Motion to Dismiss (Doc. 8), and this Affidavit is filed as directed by the Court in its Order dated August 4, 2022 (Doc. 17). The time expenditures set forth in the itemization were reasonably necessary and appropriate to present Defendants' Motion to Remand or in the

1

Alternative Motion to Dismiss, Reply to Plaintiff, Marcus Fontain's Response, to review the Court's Order, and to follow up as directed by the Court.

3. The amounts charged by Strauss Troy for attorneys and paralegal time set forth in the attached itemization are the amounts customarily charged by Strauss Troy for the listed attorneys and paralegal, is and are reasonable and appropriate hourly rates and charges for such legal work in the Greater Cincinnati legal and business community. Furthermore, the rates and amounts are reasonably necessary and appropriate for the work that is listed in the attached itemization.

4. The totals reflected in the right hand column represent the dollar value actually incurred for each entry. In light of the fact that both my clients (the Sandhus and H&R Cincy Properties) and myself were defendants in this action, the bill to the clients was discounted, roughly in half, as reflected in the narratives description for each entry.

5. The entries that are shown as "redacted" relate to services provided for one of the many other cases in which Mr. Fontain has sued these Defendants, other than this removal action. For the same reason the invoice totals, and names of attorneys who worked on other matters, were also redacted.

6. Accordingly, Defendants seek reimbursement of a total amount of $2,487.50 pursuant to the Court's Order relating to this matter.

Affiant Further Sayeth Not.

_____
Brian J. O'Connell

Sworn to and subscribed before me, a Notary Public, this ___ day of August, 2022.

_____
Notary Public

ROBYN L. SHAPIRO
Notary Public, State of Ohio
My Commission Expires
October 1, 2022

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 8th th day of August 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing will also be sent to Plaintiff, Marcus Fontain via U.S. Mail at 9378 Mason Montgomery Road #425, Cincinnati, OH 45040 and via email at marcus@mfontain.com.

/s/ Brian J. O'Connell
Brian J. O'Connell

15873591-1



# STRAUSS TROY
### attorneys at law

150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: 513-621-2120
FEIN: 31-0865279
www.StraussTroy.com

HARRY SANDHU
4867 Gallop Run Road
Mason, OH 45040

Invoice Number: BJO 859342
Client Number: 110901
Invoice Date: 04/28/2022
Services Through: 03/31/2022
Due Date: Due Upon Receipt

## INVOICE SUMMARY

Client: SANDHU, HARRY
Client No.: 110901.001 GENERAL

Redacted

Legal Professional Fees

Costs Advanced

Courtesy Discount

TOTAL INVOICE FOR ENCLOSED MATTERS

Prior Outstanding Balance for enclosed matters

TOTAL BALANCE DUE FOR ENCLOSED MATTERS

To pay online by Credit Card go to www.strausstroy.com/about/payment or to pay by phone call (844) 971-2025.
When paying by phone, the automated system will prompt you to enter your account # or invoice number. Please enter your 6 digit client number as your account #. You can find your client number at the top right of this page.



# STRAUSS TROY
### attorneys at law

150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: 513-621-2120
FEIN: 31-0865279
www.StraussTroy.com

HARRY SANDHU
4867 Gallop Run Road
Mason, OH 45040

| | |
|---|---|
| Invoice Number: BJO | 859342 |
| Client Number: | 110901 |
| Invoice Date: | 04/28/2022 |
| Services Through: | 03/31/2022 |
| Due Date: | Due Upon Receipt |

**RETURN THIS PAGE WITH PAYMENT**

Client: SANDHU, HARRY
Client No.: 110901

**Redacted**

Legal Professional Fees

Costs Advanced

Courtesy Discount

TOTAL INVOICE FOR ENCLOSED MATTERS

Prior Outstanding Balance for enclosed matters

TOTAL BALANCE DUE FOR ENCLOSED MATTERS

Mail this page and payment to:

Strauss Troy Co., LPA
150 East Fourth St., 4th Floor
Cincinnati, OH 45202-4018

To pay by Credit Card go to www.strausstroy.com/about/payment or to pay by phone call (844) 971-2025.
When paying by phone, the automated system will prompt you to enter your account # or invoice number. Please enter your 6 digit client number as your account #. You can find your client number at the top right of this page.


STRAUSS TROY
attorneys at law

Page: 2
Invoice Number: BJO 859342
Invoice Date: 04/28/2022
Services Through: 03/31/2022

## Matter: GENERAL

Matter No.: 110901.001
Client: SANDHU, HARRY

The legal professionals who worked on your matter are:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| SHAPIRO, ROBYN | Redacted | $180.00 | Redacted |
| O'CONNELL, BRIAN | | $325.00 | |
| TOTALS | | | |

**LEGAL PROFESSIONAL FEES**
Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

**STRAUSS TROY**
attorneys at law

Page: 3
Invoice Number: BJO 859342
Invoice Date: 04/28/2022
Services Through: 03/31/2022

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

| | | | |
|---|---|---|---|
| 03/14/2022 | Federal Removal, Meeting with R. Shapiro and S. Schilling regarding motion to strike removal. Review objection filed by receiver (DISCOUNTED $49.50). | | |
| | O'CONNELL, BRIAN | 0.30 hours at $325.00 per hour. | 97.50 |
| 03/16/2022 | Research and prepare Motion to Dismiss Notice of Removal to Federal Court (DISCOUNTED $225.00). | | |
| | SHAPIRO, ROBYN | 2.50 hours at $180.00 per hour. | 450.00 |
| 03/17/2022 | Removal (DISCOUNTED $65.00). | | |
| | O'CONNELL, BRIAN | 0.40 hours at $325.00 per hour. | 130.00 |

Redacted

Redacted

**STRAUSS TROY**

Page: 4
Invoice Number: BJO 859342
Invoice Date: 04/28/2022
Services Through: 03/31/2022

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

TOTAL LEGAL PROFESSIONAL FEES                                                    Redacted

Courtesy Discount

TOTAL INVOICE FOR THIS MATTER



Page: 5
Invoice Number: BJO 859342
Invoice Date: 04/28/2022
Services Through: 03/31/2022

Redacted

Prior Outstanding Balance for this matter

TOTAL BALANCE DUE FOR THIS MATTER



150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: 513-621-2120
FEIN: 31-0865279
www.StraussTroy.com

HARRY SANDHU
4867 Gallop Run Road
Mason, OH  45040

Invoice Number:   BJO  861740
Client Number:                110901
Invoice Date:          05/24/2022
Services Through:    04/30/2022
Due Date:         Due Upon Receipt

## INVOICE SUMMARY

Client:     SANDHU, HARRY
Client No.: 110901.001  GENERAL

Redacted

Legal Professional Fees

Costs Advanced

Courtesy Discount

TOTAL INVOICE FOR ENCLOSED MATTERS

Prior Outstanding Balance for enclosed matters

TOTAL BALANCE DUE FOR ENCLOSED MATTERS

To pay online by Credit Card go to www.strausstroy.com/about/payment or to pay by phone call (844) 971-2025. When paying by phone, the automated system will prompt you to enter your account # or invoice number. Please enter your 6 digit client number as your account #. You can find your client number at the top right of this page.



**STRAUSS TROY**
attorneys at law

150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: 513-621-2120
FEIN: 31-0865279
www.StraussTroy.com

HARRY SANDHU
4867 Gallop Run Road
Mason, OH 45040

| | |
|---|---|
| Invoice Number: | BJO 861740 |
| Client Number: | 110901 |
| Invoice Date: | 05/24/2022 |
| Services Through: | 04/30/2022 |
| Due Date: | Due Upon Receipt |

### RETURN THIS PAGE WITH PAYMENT

Client: SANDHU, HARRY
Client No.: 110901

Redacted

Legal Professional Fees

Costs Advanced

Courtesy Discount

TOTAL INVOICE FOR ENCLOSED MATTERS

Prior Outstanding Balance for enclosed matters

TOTAL BALANCE DUE FOR ENCLOSED MATTERS

<u>Mail this page and payment to:</u>

Strauss Troy Co., LPA
150 East Fourth St., 4th Floor
Cincinnati, OH 45202-4018

To pay by Credit Card go to www.strausstroy.com/about/payment or to pay by phone call (844) 971-2025.
When paying by phone, the automated system will prompt you to enter your account # or invoice number. Please enter your 6 digit client number as your account #. You can find your client number at the top right of this page.

**STRAUSS TROY**
attorneys at law

Page: 2
Invoice Number: BJO 861740
Invoice Date: 05/24/2022
Services Through: 04/30/2022

**Matter: GENERAL**

Matter No.: 110901.001
Client: SANDHU, HARRY

The legal professionals who worked on your matter are:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| SHAPIRO, ROBYN | Redacted | $180.00 | Redacted |
| O'CONNELL, BRIAN | | $325.00 | |
| SCHILLING, STEPHEN | | $285.00 | |
| TOTALS | | | |

**LEGAL PROFESSIONAL FEES**
Redacted

Redacted

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 04/05/2022 | Federal Removal. Email exchange with S. Schilling regarding Federal removal (DISCOUNTED $377.50). O'CONNELL, BRIAN | 2.30 hours at $325.00 per hour. | 747.50 |
| | Redacted | | |
| 04/05/2022 | Research Fontain's removal to federal court after the state-court case is over (DISCOUNTED $190.50). SCHILLING, STEPHEN | 1.30 hours at $285.00 per hour. | 370.50 |
| 04/06/2022 | Removal. Arrange for filing of MTD/Motion to Remand arrange for filing notice of related cases (DISCOUNTED $33.00). O'CONNELL, BRIAN | 0.20 hours at $325.00 per hour. | 65.00 |
| | Redacted | | |

**STRAUSS TROY**
*attorneys at law*

Page: 3
Invoice Number: BJO 861740
Invoice Date: 05/24/2022
Services Through: 04/30/2022

Redacted

Redacted

| 04/06/2022 | Removal Action. Review, file, and serve Motion to Remand/Dismiss (DISCOUNTED $68.00). | | |
|---|---|---|---|
| | SHAPIRO, ROBYN | 0.75 hours at $180.00 per hour. | 135.00 |

| 04/06/2022 | Removal Action. Review and edition draft Motion to Remand to deal with Fontain's removal to federal court (DISCOUNTED $100.50). | | |
|---|---|---|---|
| | SCHILLING, STEPHEN | 0.70 hours at $285.00 per hour. | 199.50 |

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

STRAUSS TROY

Page: 4
Invoice Number: BJO 861740
Invoice Date: 05/24/2022
Services Through: 04/30/2022

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

**STRAUSS TROY**

Page: 5
Invoice Number: BJO 861740
Invoice Date: 05/24/2022
Services Through: 04/30/2022

Redacted

Redacted

Redacted

| | | | |
|---|---|---|---|
| 04/27/2022 | Removal Action. Prepare Reply Brief (DISCOUNTED $81.50). | | |
| | O'CONNELL, BRIAN | 0.50 hours at $325.00 per hour. | 162.50 |
| 04/28/2022 | Fed. Removal. Revise Reply Brief in Support of Motion to Dismiss (DISCOUNTED $65.00). | | |
| | O'CONNELL, BRIAN | 0.40 hours at $325.00 per hour. | 130.00 |

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

**STRAUSS TROY**
Attorneys at law

Page: 6
Invoice Number: BJO 861740
Invoice Date: 05/24/2022
Services Through: 04/30/2022

Redacted

Redacted

Redacted

TOTAL LEGAL PROFESSIONAL FEES — Redacted

COSTS ADVANCED             Redacted
Redacted

TOTAL COSTS ADVANCED

Courtesy Discount

TOTAL INVOICE FOR THIS MATTER

Prior Outstanding Balance for this matter

TOTAL BALANCE DUE FOR THIS MATTER

5/24/2022 10:40 AM    - 1